UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Elijah Jerimiah HEIGHT,<br>Defendant. | Case No.: **25mj0781**<br><u>COMPLAINT FOR VIOLATION OF</u>:<br>18 U.S.C. § 922(g)(9), 924(a)(8) – Prohibited Person in Possession of a Firearm |

The undersigned complainant being duly sworn states:

**Count One**

On or about December 27, 2024, within the Southern District of California, defendant Elijah Jerimiah HEIGHT, knowing he had previously been convicted of a misdemeanor crime of domestic violence, to wit: battery on a person with whom the defendant currently has or previously had a dating relationship in violation of California Penal Code, Section 243(e)(1), on or about May 16, 2024, in the Superior Court of California, County of San Diego, knowingly possessed a firearm that had been transported in interstate commerce, that is, a silver Hopkins and Allen model 1901 .38 caliber revolver, in violation Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Sean Davis

Sean Davis, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of February 2025.

Michelle M. Pettit

HON. MICHELLE M. PETTIT
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

At approximately 10:11pm on December 27, 2024, police officers responded to a radio call of a subject armed with a handgun at the MTS trolley station located at 352 S Marshall Avenue, El Cajon, California. The reporting party said the subject was a black male wearing all black clothing and a skeleton mask, carrying boxes of diapers, and waving around a silver short barrel revolver (depicted below).









Upon arrival, officers observed a black male matching the description walking eastbound on Palm Street from the upper platform of the MTS trolley station. Officers attempted to give verbal commands to the subject to stop him. The male, later identified as Elijah Jerimiah HEIGHT, dropped a box of diapers and water jugs and proceeded to flee on foot from officers.

While running, HEIGHT continuously reached into his jacket pocket, and officers witnessed HEIGHT throw multiple items in three separate areas as he ran—the first of which was thrown up onto the trolley tracks approximately 20 feet above them. After officers detained HEIGHT, they searched that area of the trolley tracks and located a silver Hopkins and Allen model 1901 .38 caliber revolver manufactured in Connecticut.

At approximately 10:51pm, HEIGHT was placed under arrest. Record checks revealed that HEIGHT has prior arrests for carrying a loaded firearm in a public place and carrying a concealed weapon in a vehicle, as well as domestic violence arrests.

Record checks also revealed that on May 16, 2024, HEIGHT was convicted in Superior Court for the State of California in San Diego County for the misdemeanor offense of battery against a person with whom the defendant has or had a dating relationship, in violation of California Penal Code, Section 243(e)(1). On May 16, 2024, HEIGHT was advised he could not possess or own firearms in the future.